# IN THE UNITED STATE BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

IN RE: )
)   CASE NO. 10-50503-jwv7
**MOORE, PATRICIA ANN,** )
)
**Debtor.** )

## MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY
## PURSUANT TO LOCAL RULE 3011-1

**COMES NOW**, Bruce E. Strauss, Trustee of the above captioned case, and for his motion to pay funds into the Court registry pursuant to Local Rule 3011-1 states and alleges as follows;

1. That the above captioned debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on May 27, 2010.

2. That Bruce E. Strauss was appointed to administer the assets of the debtor's bankruptcy estate.

3. That the trustee collected funds totaling $1,503.56.

4. That on December 23, 2010 this Court entered an order approving of a final distribution.

5. That included in the distribution was an unsecured claim filed by Citibank NA in the total amount of $10,250.00.

6. That the trustee distributed a check in the amount of $560.06 on this claim on December 23, 2010.

7. That on January 10, 2011 Citibank NA sent back the check along with a letter indicating that the debtor's loan was no longer with Citibank and had been purchased by another company.

8. That the letter does not indicate, nor has the Trustee been able to determine, who the proper owner of the claim is.

**WHEREFORE**, Bruce E. Strauss, Trustee, prays for an order of this Court allowing him to deposit funds totaling $560.06 into the Court Registry and for such other and further relief as the Court deems just.

>Merrick, Baker & Strauss, P.C.
>/s/ Harrison E. Strauss
>Harrison E. Strauss, Bar No. 61043
>ATTORNEY FOR TRUSTEE
>1044 Main St., Suite 400
>Kansas City, MO 64105
>(816) 221-8855 – (816) 221-7886 (FAX)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was service via electronic mail upon all parties requesting electronic notification in this case.

>/s/ Harrison E. Strauss
>Harrison E. Strauss